```
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

DAVID RUSSELL,

                            Plaintiff,
                                                        DECISION AND ORDER

                                                        09-CV-6641L

              v.

JADA RAO, MD,
ABBASEY, MD,

                            Defendants.
_____
```

On or about June 24, 2010, the Clerk of Court noted an entry of default (Dkt. #7) because the defendants had failed to answer or otherwise respond to the complaint. Four days later, the defendants appeared by counsel and filed their answer (Dkt. #9) that same day.

Thereafter, defendants moved to vacate the entry of default (Dkt. #13). Plaintiff has filed a motion (Dkt. #12) for what he describes as a "default hearing."

Defendants obviously did not intend to default here and such was cured within a matter of days. Based on the declaration (Dkt. #16) submitted in support of defendants' motion to vacate entry of default, it is clear that defendants believe they have a meritorious defense.

CONCLUSION

Defendants' motion (Dkt. #13) to set aside entry of default is granted and such entry is vacated.

IT IS SO ORDERED.

_____
DAVID G. LARIMER
United States District Judge

Dated: Rochester, New York
August 12, 2010.