UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

DAVID RUSSELL,

                              Plaintiff,

                                                              DECISION AND ORDER

                                                              09-CV-6641L

                    v.

JADA RAO, MD,
ABBASEY, MD,

                              Defendants.
_____

        Plaintiff's motion for reconsideration (Dkt. #18) is in all respects denied.

        IT IS SO ORDERED.

                                        _____
                                                DAVID G. LARIMER
                                             United States District Judge

Dated: Rochester, New York
        August 27, 2010.